UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL JUDE CRINER,**

　Petitioner,

v.　　　　　　　　　　　　　　　　　　　Case No: 5:25-cv-456-WFJ-PRL

**SOCIAL SECURITY ADMINISTRATION,**

　Respondent.

---

### ORDER

This cause is before the Court upon *sua sponte* review. The Court issued an Order requiring Petitioner to file an Application to Proceed In Forma Pauperis, Financial Certificate, Prisoner Consent form, and six-month inmate account statement on or before August 20, 2025. (Doc. 4). Petitioner was warned that his failure to comply with a court order could result in dismissal of the case. (Doc. 3 at 1). Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk** is directed to enter judgment accordingly, terminate any pending motions, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on August 27 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party